**Leroy RAGIN, Petitioner–Appellant,**

v.

**WARDEN, FEDERAL CORRECTIONAL INSTITUTION, ESTILL, SOUTH CAROLINA; United States of America, Respondents–Appellees.**

No. 01–7130.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 30, 2001.

Decided Jan. 11, 2002.

Leroy Ragin, Pro Se. B. Frederic Williams, Jr., Office of the United States Attorney, Charlotte, NC, for Appellees.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Leroy Ragin appeals the district court's order granting the Government's motion to

dismiss his petition filed pursuant to 28 U.S .C. § 2241 (1994) or alternatively, his motion filed pursuant to 28 U .S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, although we grant Ragin's motion to file a supplemental brief, we affirm on the reasoning of the district court. *See Ragin v. Warden, Federal Corr. Inst.,* Nos. CR–90–25–P; CA–99–367–3–4MU (W.D.N.C. filed Apr. 30, 2001, entered May 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*